Before the Second Division, December 16, 1958

**No. 62608.**—Manca, Inc. *v.* United States, protest 323190–K (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the issues are the same in all material respects as those the subject of *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C. D. 1519), the protest was dismissed, and the matter was remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).